# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 6:19-CV-1824-ORL-37DCI

Plaintiff:
**PETER KAYAT, individually and on behalf of all others similarly situated**

vs.

Defendant:
**SENOR FROG'S ORLANDO, LLC, a Florida Limited Liability Company**



2019004286

For:
Andrew Shamis
Shamis & Gentile, P.A.
14 NE 1st Ave,
Suite 400
Miami, FL 33132

Received by GLOBAL PROCESS SERVICES CORP. on the 25th day of September, 2019 at 3:44 pm to be served on **SENOR FROG'S ORLANDO, LLC C/O REGISTERED AGENT: OMAR LICON, 8747 International Dr. #103, Orlando, FL 32819**.

I, Marbel Hernandez, being duly sworn, depose and say that on the **3rd day of October, 2019** at **11:30 am**, I:

**LIMITED LIABILITY SERVICE:** served the within named Limited Liability Company by leaving a true copy of this SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT at the address of 8747 International Dr. #103, Orlando, FL 32819 with the date and hour of service endorsed thereon by me to Tracy Glinting as Manager, informing said person of the contents therein, pursuant to F.S. Chapter 48.062.

**Description** of Person Served: Age: 36, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 3rd day of October, 2019 by the affiant who is personally known to me.



NOTARY PUBLIC

Marbel Hernandez
I.D. No.: 0368

GLOBAL PROCESS SERVICES CORP.
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: ANY-2019004286
Ref: 19-2306

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

#2306

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PETER KAYAT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENOR FROG'S ORLANDO, LLC, a Florida Limited Liability Company,<br><br>Defendant. | Case No. 6:19-cv-1824-ORL-37DCI<br><br>**CLASS ACTION**<br><br>**SUMMONS** |

10/3/19 at 11:30 am
CRS #0365 MH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Senor Frog's Orlando, LLC
Registered Agent:
Omar Licon
8747 International Dr. #103
Orlando, FL 32819

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Shamis & Gentile, P.A.
Andrew J. Shamis, Esq.
14 NE 1st Ave, STE 1205
Miami, FL 33132
305-479-2299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sep 23, 2019

*Bianca Acevedo*
Signature of Clerk or Deputy Clerk

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Senor Frog's Orlando, LLC c/o Registered Agent: Omar Licon
was received by me on *(date)* Sep 25th, 2019.

☐ I personally served the summons on the individual at *(place)* _____
On *(date)* _____ ;or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tracy Glinting, who is designated by law to accept service of process on behalf of *(name of organization)* Senor Frog's Orlando, LLC c/o Registered Agent: Omar Licon on *(date)* 10/3/19 at 11:30 am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $_____ for travel and $_____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date October 3rd, 2019

_____
Servers Signature

Marbel Hernandez, Certified Process Server
Printed name and title #0368

Global Process Services, Corp.
P.O. Box 961556
Miami, FL 33296
Server's Address