**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PETER KAYAT,

    Plaintiff                            CASE NO.: 6:19-cv-01824-RBD-DCI

v.

SENOR FROG'S ORLANDO, LLC.

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Peter Kayat, and Defendant, Senor Frog's Orlando, LLC by and through undersigned counsel ("collectively, "the Parties"), hereby notify the Court that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff and Defendant anticipate filing a Stipulation of Dismissal with Prejudice within ten (10) days.

Dated: November 11, 2019                Respectfully Submitted,

| | |
|---|---|
| Andrew J. Shamis<br>Shamis & Gentile, P.A.<br>Counsel for Peter Kayat | Alex A. Hanna, Esq., LL.M.<br>Law Offices of Alex A. Hanna, P.A.<br>Counsel for Senor Frog's Orlando, LLC |
| Scott Edelsberg<br>Edelsberg Law, P.A.<br>Counsel for Peter Kayat | Lourdes Gonzalez<br>Law Offices of Alex A. Hanna, P.A.<br>Counsel for Senor Frog's Orlando, LLC |
| Garrett O. Berg, Esq<br>Shamis & Gentile, P.A.<br>Counsel for Peter Kayat | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 11 2019, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will provide service on all counsel of record, including those identified below, via Notice of Docket Activity generated by CM/ECF:

Andrew J. Shamis
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 1205
Tel: 305-479-2299
ashamis@shamisgentile.com

Garrett O. Berg, Esq.
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 1205
Tel: 305-479-2299
gberg@shamisgentile.com

Scott Edelsberg
Edelsberg Law, P.A.
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Tel: 305-975-3320
scott@edelsberglaw.com

By: /s/ Alex A. Hanna
Alex A. Hanna, Esq., LL.M.
FBN: 487716