# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PETER KAYAT,

    Plaintiff                                  CASE NO.: 6:19-cv-01824-RBD-DCI

v.

SENOR FROG'S ORLANDO, LLC.

    Defendant.

_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Peter Kayat ("Kayat" or "Plaintiff") and Defendant Senor Frog's Orlando, LLC. ("Senor Frog's" or "Defendant") (together, with Plaintiff, the "Parties"), through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice as to Plaintiff, with the Parties waiving their rights of appeal and agreeing to bear their own fees and costs.

Dated: November 18, 2019                    Respectfully Submitted,

| | |
|---|---|
| Andrew J. Shamis<br>Shamis & Gentile, P.A.<br>Counsel for Peter Kayat | Alex A. Hanna, Esq., LL.M.<br>Law Offices of Alex A. Hanna, P.A.<br>Counsel for Senor Frog's Orlando, LLC |
| Scott Edelsberg<br>Edelsberg Law, P.A.<br>Counsel for Peter Kayat | Lourdes Gonzalez<br>Law Offices of Alex A. Hanna, P.A.<br>Counsel for Senor Frog's Orlando, LLC |
| Garrett O. Berg, Esq<br>Shamis & Gentile, P.A.<br>Counsel for Peter Kayat | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 18, 2019, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will provide service on all counsel of record, including those identified below, via Notice of Docket Activity generated by CM/ECF:

| | |
|---|---|
| Andrew J. Shamis | Garrett O. Berg, Esq. |
| Shamis & Gentile, P.A. | Shamis & Gentile, P.A. |
| 14 NE 1st Avenue, Suite 1205 | 14 NE 1st Avenue, Suite 1205 |
| Tel: 305-479-2299 | Tel: 305-479-2299 |
| ashamis@shamisgentile.com | gberg@shamisgentile.com |

Scott Edelsberg
Edelsberg Law, P.A.
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Tel: 305-975-3320
scott@edelsberglaw.com

By: /s/ Alex A. Hanna
     Alex A. Hanna, Esq., LL.M.
     FBN: 487716